1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340-S
        Oakland, California 94612
6       Telephone: (510) 637-3723
        Facsimile:  (510) 637-3724
7       E-Mail:     Garth.Hire@usdoj.gov

8  Attorneys for United States of America

9

FILED

APR 2 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,            )   NO. 4:99-0230 WDB
                                         )
15        Plaintiff,                     )
                                         )
16     vs.                               )   NOTICE OF DISMISSAL
                                         )
17  EUGENIO MILLAN,                      )
                                         )
18        Defendant.                     )
                                         )
19  _____

20        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21  States Attorney for the Northern District of California dismisses the above-captioned complaint and

22  moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

23

24  DATED: April 23, 2018                    Respectfully submitted,

25                                           ALEX G. TSE
                                             Acting United States Attorney
26
                                                    /s/
27                                           _____
                                             GARTH HIRE
28                                           Assistant United States Attorney

   NOTICE OF DISMISSAL (4:99-0230 WDB)

## ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the complaint in case number 4:99-0230 WDB. It is further ordered that the arrest warrant issued in connection with that complaint is quashed.

DATED: April 24, 2018

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE